FREDRIEKER DUFFY, as Administratrix of the Estate of JAMES DUFFY, Deceased, Respondent, v. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Duffy* v. *N. Y. C. & H. R. R. R. Co.*, 126 App. Div. 950, affirmed.
(Argued January 28, 1909; decided February 9, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 23, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for the death of plaintiff's intestate alleged to have been caused by defendant's negligence.

*Robert A. Kutschbock* and *Charles C. Paulding* for appellant.

*Julius Hilbern Cohn* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

EDWARD DINKELSPIEL, Respondent, v. NEW YORK EVENING JOURNAL PUBLISHING COMPANY, Appellant.

*Dinkelspiel* v. *N. Y. Evening Journal Pub. Co.*, 122 App. Div. 889, affirmed.
(Argued January 28, 1909; decided February 9, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 13, 1907, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action for libel.

*Clarence J. Shearn* for appellant.

*B. F. Einstein* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.